PD-0930&0931&0932-14

# COURT OF CRIMINAL APPEALS
## OF TEXAS

RE: Obstruction of access to   December 10th, 2015.
courts / 11.07 . . .

Court of Criminal Appeals

FILED IN
COURT OF CRIMINAL APPEALS
DEC 15 2015
Abel Acosta, Clerk

PD-0930-14, PD-0931-14, and PD-0932-14.

Court of Appeals Nos. 03-12-0278-CR, 03-12-0279,
and 03-RECEIVED IN.

RECEIVED IN
COURT OF CRIMINAL APPEALS

HONORABLE CLERK,

DEC 15 2015
Abel Acosta, Clerk

 Please enter this information into my file if you see merit in it.
 I witnessed the abuse death of an elderly inmate on the Wynne Unit and attempted to contact the F.B.I. as well as initiate federal civil action... Shortly after these attempts began to show fruit a continuous campaign of daily harassment began by staff there. This included the long term confiscation of all my legal work and transfer to (so far) two different units. My property remains in tow over 5 weeks behind with each transfer and large portions missing. (I was pro se in a very long murder trial and this is making Habeas Corpus very difficult.)

      Respectfully,

      Mark David Simmons
      12/10/2015.

1 of 1.